IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 05-00149-01-CR-W-HFS |
| TRAVIS JACKSON, | ) | |
| Defendant. | ) | |

**ORDER**

The court has reviewed the report and recommendation on the motion to suppress. The sole issue is the probable cause set forth by affidavit in support of a search warrant. The search warrant was directed toward certain premises and it is immaterial that probable cause was not shown as to defendant Jackson. The report and recommendation are therefore adopted and the motion to suppress is DENIED.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

October 21, 2005

Kansas City, Missouri